UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICO RICHARD HAYES,<br><br>             Petitioner,<br><br>     v.<br><br>CHARLES WILLIAMS, WARDEN,<br><br>             Respondent. | No. CV 14-1571-AG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: <u>October 31, 2014</u>.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Hayes Judgment.wpd